HOWARD P. ROBERTS, as Guardian ad Litem for HOWARD P. ROBERTS, JR., Respondent, v. PAUL PETRIE, Defendant, and JAMESTOWN-DUNKIRK TRANSIT COMPANY, INCORPORATED, Appellant.†— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the authority of Bernhardt v. American Railway Express Co. (218 App. Div. 195). All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

HOWARD P. ROBERTS, Respondent, v. PAUL PETRIE, Defendant, and JAMES-TOWN-DUNKIRK TRANSIT COMPANY, INCORPORATED, Appellant.†— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the authority of Bernhardt v. American Railway Express Co. (218 App. Div. 195). All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

DAISY E. ALEXANDER, Appellant, v. MARY W. SCHNECK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHRISTIAN SAUTTER, JR., Respondent, v. JOHN C. FULMER and Others, Appellants.— Order modified to permit defendants to file a bond in the penal sum of $100,000, conditioned for the payment of any judgment which may be rendered against the defendants or any one of them in this action, in lieu of a receivership, at their option, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GEORGE B. HERDER and Others, Appellants, v. CLIFTON C. CLIFFORD, Respondent.‡— Judgment modified by striking out the provision for an additional allowance and as modified affirmed, without costs of this appeal to either party. All concur, except Sears, P. J., and Thompson, J., who dissent and vote for reversal on the law on the ground that the evidence was not sufficient to sustain the finding of an accord and satisfaction. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

HARRIS FLESHER, Respondent, v. DANA L. WORTMAN, as Administrator, etc., of JOHN A. WHILLIS, Deceased, Appellant, and MEYER FLESHER, Defendant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.